IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | Civil Action No: 2:17-cv-01147-JPS |
| v. | **JOINT MOTION FOR COURT APPROVAL OF CONSENT DECREE** |
| SILVERADO MENOMONEE FALLS, LLC D/B/A/ SILVERADO OAK VILLAGE AND SILVERADO SENIOR LIVING, INC., | |
| Defendants. | |

The U.S. Equal Employment Opportunity Commission ("EEOC") and Defendants Silverado Menomonee Falls, LLC d/b/a Silverado Oak Village and Silverado Senior Living, Inc. ("Defendants") have reached a settlement in this matter. The parties now jointly request that the Court approve the Consent Decree attached as Exhibit 1.

The law favors voluntary resolutions, particularly in employment discrimination cases, and a district court may not deny approval of a consent decree unless it is "unfair, unreasonable, or inadequate." *EEOC v. Hiram Walker & Sons, Inc.*, 768 F.2d 884, 889 (7th Cir. 1985). The Decree resolving this matter satisfies all required standards. It furthers the ADA's purposes, provides monetary and non-monetary consideration, and fully resolves the dispute. Both parties favor Decree entry, and, as there are no interested entities who may oppose settlement, the parties believe that no hearing is necessary on this matter.

Based on the foregoing, the parties respectfully request that this Court approve the Consent Decree.

Respectfully submitted on this 16th day of January, 2018.

ATTORNEYS FOR PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Jean P. Kamp
Associate Regional Attorney

/s/ César J. del Peral
César J. del Peral
Senior Trial Attorney
Milwaukee Area Office
310 West Wisconsin Avenue, Suite 500
Milwaukee, WI 53203
Telephone: (414) 297-1114
Email: cesar.delperal@eeoc.gov


ATTORNEYS FOR DEFENDANTS

/s/ Nancy R. Whitehead
Nancy R. Whitehead
Scott & Whitehead
4675 MacArthur Court, Suite 1240
Newport Beach, CA 92660
Telephone: (949) 222-0166
Email:  nwhitehead@employerlaw.com